## FLACK v. BIG CEDAR GROVE CEMETERY ASSOCIATION.

[No. 12,900. Filed June 10, 1927.]

From Franklin Circuit Court; *Charles A. Lowe*, Special Judge.

Action between William F. Flack and the Big Cedar Grove Cemetery Association. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Wiles, Springer & Roots* and *Milford P. Hubbard*, for appellant.

*I. N. McCarty, V. J. McCarty* and *O. S. Boling*, for appellee.

NICHOLS, J.—Affirmed on the authority of *Lynch* v. *Milwaukee Harvester Co.* (1903), 159 Ind. 675, 65 N. E. 1025. See, also, *Hall* v. *McDonald* (1908), 171 Ind. 9, 85 N. E. 707; *State, ex rel.,* v. *Davisson* (1910), 174 Ind. 705, 93 N. E. 6; *Inskeep* v. *Gilbert* (1910), 174 Ind. 726, 93 N. E. 8; *Wise* v. *Larkin* (1908), 41 Ind. App. 433, 84 N. E. 25; *Southern Express Co.* v. *Shurz* (1913), 55 Ind. App. 213, 103 N. E. 667.

## BRINNEMAN v. BROWN ET AL.

[No. 12,783. Filed March 30, 1927. Rehearing denied June 14, 1927.]

From Wells Circuit Court; *A. Walter Hamilton*, Judge.

Action between Dan T. Brinneman and Lewis Brown and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Fred A. Wiecking, Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons*, for appellant.

*W. H. Eichhorn, Frank W. Gordon* and *John H. Edris*, for appellees.

PER CURIAM.—Affirmed.

## FRAYER ET AL. v. HOLMES.

[No. 12,758. Filed June 15, 1927.]

From the Porter Circuit Court; *H. H. Loring*, Judge.

Action between Robert Frayer and others and Samuel L. Holmes. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Louis J. Finske, Mark Storen* and *Louis E. Kunkel*, for appellants.

*Lemuel Darrow, Earl Rowley* and *C. V. Shields*, for appellee.

REMY, J.—Affirmed, on authority of *Thompson* v. *Thompson* (1911), 50 Ind. App. 95, 98 N. E. 7.